UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MORA,<br>CDCR No. T-88372,<br><br>                              Plaintiff,<br><br>       vs.<br><br>L. MONTGOMERY, et al.,<br><br>                              Defendants. | Case No.:  3:22-cv-01431-RSH-JLB<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE** |

Plaintiff Victor Mora, who is currently incarcerated at Calipatria State Prison located in Imperial, California, has filed a civil rights action pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. For the reasons discussed below, the Court dismisses this action for Plaintiff's failure to pay the required filing free or request to proceed *in forma pauperis* ("IFP").

**I.     Failure to Pay Filing Fee or Request IFP Status**

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$402, consisting of a $350 statutory fee plus an additional administrative fee of $52.[1] *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP under 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). However, even if Plaintiff is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," see *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed. *See* 28 U.S.C. § 1915(b)(1)–(2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) (stating that "all prisoners who file IFP civil actions must pay the full amount of the filing fee").

Here, Plaintiff has not prepaid the $402 in filing and administrative fees required to commence this civil action, nor has he submitted a motion to proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, his case cannot proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II.   Conclusion

Accordingly, the Court

(1)   **DISMISSES** this civil action without prejudice based on Plaintiff's failure to pay the $402 civil filing and administrative fee or to submit a motion to proceed IFP.

(2)   **GRANTS** Plaintiff **forty-five (45) days** leave from the date this Order is filed to either (a) prepay the entire $402 civil filing and administrative fee in full; OR (b) complete and file a motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); Civ. L.R. 3.2(b).

Plaintiff is cautioned that if he chooses to proceed by either prepaying the full $402

---

[1]   The $52 administrative fee does not apply to persons granted leave to proceed IFP.

civil filing and administrative fee, or submitting a properly supported motion to proceed IFP, his Complaint will be screened before service and may be dismissed *sua sponte* pursuant to 28 U.S.C. § 1915A(b) and/or 28 U.S.C. § 1915(e)(2)(B), regardless of whether he pays the full $402 filing fee at once, or is granted IFP status and is obligated to pay the fee in installments. *See Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc) (noting that 28 U.S.C. § 1915(e) "not only permits but requires" a court to dismiss an IFP complaint that is frivolous, malicious, fails to state a claim, or seeks damages from defendants who are immune); *see also Rhodes v. Robinson*, 621 F.3d 1002, 1004 (9th Cir. 2010) (discussing similar screening required by 28 U.S.C. § 1915A of all complaints filed by prisoners "seek[ing] redress from a governmental entity or officer or employee of a governmental entity").

The Clerk of the Court is **DIRECTED** to provide Plaintiff the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*," along with a copy of this Order. If Plaintiff fails to either prepay the $402 civil filing and administrative fee or submit the enclosed motion to proceed IFP within 45 days, this action will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 21, 2022

Hon. Robert S. Huie
United States District Judge

3:22-cv-01431-RSH-JLB