UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MORA,<br>CDCR #T-88372,<br><br>                            Plaintiff,<br>vs.<br>TOR ROBINSON, Medical Doctor;<br>NATHAN WILLIAMS, Medical Doctor,<br><br>                          Defendants. | Case No.:  3:22-cv-1431-RSH-LR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING SUMMARY JUDGMENT TO DEFENDANTS**<br><br>[ECF No. 39] |

Plaintiff Victor Mora ("Plaintiff"), an inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983, alleging that Defendants violated his Eighth Amendment rights by failing to provide adequate medical care. *See* ECF No 1. The Court dismissed the action without prejudice on October 21, 2022, because Plaintiff had not paid the civil filing fee and had not filed a motion to proceed in forma pauperis ("IFP"). ECF No. 5. On November 14, 2022, Plaintiff filed a motion to proceed IFP. ECF No. 6. In granting Plaintiff's IFP motion, the Court screened the Complaint and dismissed certain defendants. ECF No. 7. What remains active in this litigation are Plaintiff's claims against defendants Tor Robinson and Nathan Williams ("Defendants") for failure to provide adequate medical

1

care. ECF No. 7 at 3, 7. U.S. Magistrate Judge Lupe Rodriguez, Jr. issued a report and recommendation in favor of granting Defendants' motion for summary judgment. ECF No. 49. Judge Rodriguez ordered that any objections to the report and recommendation be filed no later than February 21, 2025. *Id.* Neither party filed an objection.

A district court's role in reviewing the report and recommendation is set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Rule 72(b) provides in part:

> (2) Objections. Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. . . .
>
> (3) Resolving Objections. The district judge must determine *de novo any part of the magistrate judge's disposition that has been properly objected to*.

Fed. R. Civ. P. 72(b) (emphasis added). Likewise, 28 U.S.C. § 636(b)(1)(C) provides in part:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination *of those portions* of the report or specified proposed findings or recommendations *to which objection is made*.

28 U.S.C. § 636(b)(1)(C) (emphasis added).

In the absence of a timely objection, "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Ct.*, 510 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.") (emphasis in original).

//
//

1  Here, neither party has objected to Judge Rodriguez's Report and Recommendation.
2  No clear error appears on the face of the record. Accordingly, the Court **ADOPTS** Judge
3  Rodriguez's report and recommendation and **GRANTS** Defendants' motion for summary
4  judgment. The Clerk shall enter judgment accordingly.

5  **IT IS SO ORDERED.**

6  Dated: March 4, 2025

*Robert S Huie*
_____

Hon. Robert S. Huie
United States District Judge